ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kimberly.Hopkins@usdoj.gov
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 17-0175 CRB |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | Pretrial Conference: July 30, 2018<br>Time: 2:00 P.M. |
| LEN TURNER and LANCE TURNER, | Court: Hon. Charles R. Breyer |
| Defendants. | |

The United States hereby advises that it may call any or all of the following witnesses in its case-in-chief in the trial in the above-captioned case. The government respectfully reserves the right to supplement this list as necessary:

1. Laura Crosby. Ms. Crosby is employed by the University of California, Berkeley.
2. Jeffrey Burgan. Mr. Burgan is employed by the United States Department of Energy.
3. Eric Worthen. Mr. Worthen is a defendant in the above-captioned case. He formerly worked for the California Department of Veterans Affairs.
4. William Myles, also known as William Joseph.
5. Ethan Quinn, Special Agent, Federal Bureau of Investigation.

UNITED STATES' REVISED WITNESS LIST
CR 17-0175 CRB                                     1

6. Chris Burris, Assistant Special Agent in Charge, United States Department of Energy, Office of Inspector General.

7. Jason Miller, Special Agent, United States Department of Energy, Office of Inspector General.

DATED: July 20, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_____/s/_____
KIMBERLY HOPKINS
ANDREW F. DAWSON
Assistant United States Attorneys