# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AMENDED Jury Trial Criminal Minutes

Date:  August 29, 2018                                Judge:  Honorable Charles R. Breyer

Court Reporter: Debra Pas
Time: 4 Hours
Case No.: CR17-0175-7-8 CRB
Case Name: USA v.  Len Turner and Lance Turner (Present)(NC)

Attorney(s) for Government: Kimberly Hopkins, Andrew Dawson and Susan Badger
Attorney(s) for Defendant(s): Dennis Riordan and Martha Boersch

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held.  Court instructs the jurors.  Government closing.  Defense (Riordan and Boersch) closing.  Jurors begin deliberations.  Jury Note 2 and 3.  Further jury trial set for August 30, 2018 at 9:00 a.m.  Jurors will continue deliberations.