# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

LANCE TURNER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR17-0175-8 CRB

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Signature of Judge_

CHARLES R. BREYER, District Judge
Name and Title of Judge

September 6, 2018
Date